In the Matter of GEORGE WATINSKY et al., Appellants, against JOHN F. O'CONNELL et al., as Members of the State Liquor Authority, et al., Respondents.

Submitted February 24, 1947; decided February 28, 1947.

*Monroe I. Katcher, II,* for motion to have appeal heard on seven printed copies of record and in opposition to motion for dismissal of appeal.

*John Di Lonardo* and *Alvin McKinley Sylvester* for motion to dismiss appeal.

Motion for leave to have appeal heard on seven printed copies of the record on appeal denied without prejudice to a renewal thereof upon a showing of sufficient grounds for the granting of such relief. Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion unless, within ten days after service of a copy of this order, appellants serve and file the undertaking required by section 593 of the Civil Practice Act and pay $10 costs of this motion in which event motion denied. Motion to set the case at the foot of the order calendar denied.